**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Alvin R. Hubert | : | JUDGE <u>PRESTON</u> |
| Genevieve C. Davis-Hubert | : | Case No. 15-55726 |
| | : | |
| | : | |

**APPRAISAL OF REAL PROPERTY**

*(Address: 3037 Marwick Road, Columbus, Ohio 43232)*



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
3037 Marwick Road
MARWICK RD MARWICK ESTATES 5 91
Columbus, OH  43232

### FOR:
Fesenmyer Law Offices, LLC
1335 Dublin Road  Suite 205C
Columbus, OH 43215

### AS OF:
September 21, 2015

### BY:
Ian Hackett
15-55726

Hackett Real Estate Services
1635 Crusoe Drive
Columbus, Ohio 43235
Phone 330 718-7565

Fesenmyer Law Offices, LLC
1335 Dublin Road  Suite 205C
Columbus, OH 43215

Re: Property:      3037 Marwick Rd
                   Columbus, OH 43232
    Borrower:      Alvin Hubert, Genevieve Davis-Hubert
    File No.:      15-55726

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Ian Hackett

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 15-55726

## SUBJECT

| | |
|---|---|
| Property Address: 3037 Marwick Rd | City: Columbus   State: OH   Zip Code: 43232 |
| County: Franklin | Legal Description: MARWICK RD MARWICK ESTATES 5 91 |
| | Assessor's Parcel #: 180-001669-00 |

Tax Year: 2011   R.E. Taxes: $ 2,343.80   Special Assessments: $ 0   Borrower (if applicable): Alvin Hubert, Genevieve Davis-Hubert

Current Owner of Record: Alvin Hubert, Genevieve Davis-Hubert   Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)   HOA: $ 0 ☐ per year ☐ per month

Market Area Name: Marwick Estates   Map Reference: 18140   Census Tract: 0094.30

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

## ASSIGNMENT

Intended Use: See attached addenda.

Intended User(s) (by name or type): See attached addenda.

Client: Fesenmyer Law Offices, LLC   Address: 1335 Dublin Road Suite 205C, Columbus, OH 43215

Appraiser: Ian Hackett   Address: 1635 Crusoe Drive, Columbus, OH 43235

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 75 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit | 5 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 35 Low | 10 | Multi-Unit | 5 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 160 High | 100 | Comm'l | 5 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 95 Pred | 55 | Vacant | 10 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):   See attached addenda.

## SITE DESCRIPTION

Dimensions: 100 x 220   Site Area: 22,000 Sq.Ft.

Zoning Classification: R   Description: Rural

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Ground Rent (if applicable) $ N/A/

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential   Use as appraised in this report: Residential

Summary of Highest & Best Use: The highest and best use of the subject property as improved is the present use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Generally level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Average |
| Gas | ☒ | ☐ | | Curb/Gutter | None | ☐ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | None | ☐ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | None | ☐ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 39049C0341K   FEMA Map Date 06/17/2008

Site Comments: The subject site is a typical conforming lot within the neighborhood. Typical utility easements have been considered in our opinion of current of current market value.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | Exterior Description | | Foundation | Basement | | Heating |
|---|---|---|---|---|---|---|
| # of Units 1 ☐ Acc.Unit | Foundation | Block/Avg | Slab | ☐ None | | Type FHA |
| # of Stories 1 | Exterior Walls | Stucco,Stone/Avg | Crawl Space | Area Sq. Ft. 1,169 | Fuel Gas |
| Type ☒ Det. ☐ Att. ☐ | Roof Surface | Asphalt/Avg | Basement Full | % Finished 65 | |
| Design (Style) Ranch | Gutters & Dwnspts. | Aluminum/Avg | Sump Pump ☒ | Ceiling Wood | Cooling |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type | Vinyl/SH/Avg | Dampness ☒ | Walls Conc. block | Central X |
| Actual Age (Yrs.) 52 | Storm/Screens | Screen/Avg | Settlement | Floor Concrete | Other |
| Effective Age (Yrs.) 25 | | | Infestation | Outside Entry No | |

| Interior Description | Appliances | Attic ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|
| Floors Cpt,Vinyl/Avg | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # | Woodstove(s) # 0 | Garage # of cars ( 1 Tot.) |
| Walls Drywall/Avg | Range/Oven ☐ | Drop Stair ☐ | Patio | | Attach. X 1-Car |
| Trim/Finish Wood/Avg | Disposal ☐ | Scuttle ☒ | Deck X | Wood | Detach. |
| Bath Floor Vinyl/Avg | Dishwasher ☐ | Doorway ☐ | Porch X | Covered | Blt.-In |
| Bath Wainscot Fiberglass/Avg | Fan/Hood ☐ | Floor ☐ | Fence X | Chain link | Carport |
| Doors | Microwave ☐ | Heated ☐ | Pool | | Driveway X 2-Wide |
| | Washer/Dryer ☐ | Finished ☐ | | | Surface Asphalt |

Finished area above grade contains:   6 Rooms   3 Bedrooms   1.0 Bath(s)   1,169 Square Feet of Gross Living Area Above Grade

Additional features: The subject is a 1-story frame home with average GLA for the market area. Energy efficient items are typical for the subject market area.

Describe the condition of the property (including physical, functional and external obsolescence):   C3; Kitchen-not updated; Bathrooms-not updated; See attached addendum.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**   Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

15-55726
File No.: 15-55726

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Public records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The subject property has not transferred |
|---|---|
| Date: 05/25/2001 | in the prior three years. The subject transferred to the current homeowners on 05/25/2001 for $124,900. |
| Price: $124,900 | The subject property had a prior transfer on 02/29/2000 for $111,500. Comparable sale no. 1 transferred |
| Source(s): Public records | on 12/12/2014 for $0 and was not arms-length due to general warranty deed. (exempt transfer) |
| 2nd Prior Subject Sale/Transfer | |
| Date: 02/29/2000 | |
| Price: 111,500 | |
| Source(s): Public records | |

## SALES COMPARISON APPROACH

**SALES COMPARISON APPROACH TO VALUE (if developed)**   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 3037 Marwick Road | 3144 Eastwick Rd | | 2947 Winchester Pike | | 3060 Marwick Rd | |
| | Columbus, OH 43232 | Columbus, OH 43232 | | Columbus, OH 43232 | | Columbus, OH 43232 | |
| Proximity to Subject | | 0.19 miles SE | | 0.31 miles NW | | 0.06 miles SE | |
| Sale Price | $ | $ 159,900 | | $ 84,000 | | $ 119,500 | |
| Sale Price/GLA | $ /sq.ft. | $ 100.19 /sq.ft. | | $ 60.83 /sq.ft. | | $ 88.52 /sq.ft. | |
| Data Source(s) | Inspection | MLS #215025677; DOM 6 | | MLS #214047557; DOM 48 | | MLS 214029234; DOM 107 | |
| Verification Source(s) | Public records | Public records | | Public records | | Public records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | VA;0 | -3,500 | FHA;0 | -2,500 | Conv;0 | |
| Date of Sale/Time | | s09/15;c07/12 | 0 | s12/15;c01/15 | 0 | s11/14;c10/14 | 0 |
| Rights Appraised | Fee simple | Fee simple | | Fee simple | | Fee simple | |
| Location | Marwick Estates | Marwick Estates | | Marwick Estates | | Marwick Estates | |
| Site | 0.459 acre | 0.510 acre | 0 | 0.220 acre | +5,000 | 0.610 acre | 0 |
| View | Residential | Residential | | Resid-busy road | +10,000 | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Age | 55 | 54 | | 51 | 0 | 55 | 0 |
| Condition | C4 | C3 | -7,500 | C4 | | C3 | -7,500 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6   3   1.0 | 8   4   2.1 | -4,000 | 6   3   2.0 | -2,500 | 5   3   1.1 | -2,500 |
| Gross Living Area | 1,169 sq.ft. | 1,596 sq.ft. | -11,000 | 1,381 sq.ft. | -5,000 | 1,350 sq.ft. | -5,000 |
| Basement & Finished | Basement | Basement | | Basement | | Basement | |
| Rooms Below Grade | Rec room | Rec room | | None | +2,500 | Rec room | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FA/Central air | FA/Central air | | FA/Central air | | FA/Central air | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | 1 car attached | 2 car attached | -5,000 | 2 car attached | -5,000 | 2 car detached | -3,500 |
| Porch/Patio/Deck | Porch,Deck | Enclsd porch,patio | -6,500 | Porch,patio | 0 | Porch,Patio | 0 |
| Fireplace | 1 FP | 2 FP | -1,500 | None | +1,500 | 1 FP | |
| Amenities | Fence | Shed | 0 | None | +2,500 | Fence | |
| Net Adjustment (Total) | | ☐ + ☒ - | -39,000 | ☒ + ☐ - $ | 6,500 | ☐ + ☒ - $ | -18,500 |
| Adjusted Sale Price | | Net 24.4 % | $ | Net 7.7 % | $ | Net 15.5 % | $ |
| of Comparables | | Gross 24.4 % | 120,900 | Gross 43.5 % | 90,500 | Gross 15.5 % | 101,000 |

Summary of Sales Comparison Approach   See attached addenda.

Comparable sale no. 1 is a ranch style property with larger size than the subject and has been updated per MLS records. The sale is adjusted downward for condition, size, and bath count. The property has an enclosed porch, patio, and shed.

Comparable sale no. 2 is a ranch style property with larger size than the subject and located on Winchester Pike, a busy connector roadway. The sale is adjusted upward for view and lot size. The sale is adjusted downward for size, bath count, and garage.

Comparable sale no. 3 is a ranch style property with larger size than the subject and has been updated per MLS records. The property has an updated kitchen, patio, and fence. The sale is adjusted downward for condition, size, bath count, and garage.

Indicated Value by Sales Comparison Approach $   100,000

GP RESIDENTIAL   Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

## COST APPROACH TO VALUE (if developed)   ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):   The allocation method in developing the site value indicates an estimated site value of $20,000 based on an analysis of Franklin County Auditors land to total value ratios of single family homes.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 20,000 |
|---|---|---|---|
| Source of cost data: Marshall & Swift | DWELLING Sq.Ft. @ $ | =$ | |
| Quality rating from cost service: Average Effective date of cost data: 10/2015 | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ | |
| Due to the age and condition of the subject improvements and the | Sq.Ft. @ $ | =$ | |
| associated difficulty in estimating depreciation with a high degree of | | =$ | |
| reliability, the Cost Approach is not applicable to the valuation of the | Garage/Carport Sq.Ft. @ $ | =$ | |
| subject property. | Total Estimate of Cost-New | =$ | |

| | Less | Physical | Functional | External |
|---|---|---|---|---|
| The Effective Age of the subject property is 25 years. The estimated | Depreciation | | | =$( ) |
| remaining economic life is 45 years. | Depreciated Cost of Improvements | | | =$ |
| | "As-is" Value of Site Improvements | | | =$ |
| | | | | =$ |
| | | | | =$ |
| Estimated Remaining Economic Life (if required):   45 Years | INDICATED VALUE BY COST APPROACH | | | =$ |

## INCOME APPROACH TO VALUE (if developed)   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $   N/A   **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):   Homes in this market area are typically owner occupied and not used for income. The income approach lacks rationale and is not used.

## PROJECT INFORMATION FOR PUDs (if applicable)   ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:   N/A

Describe common elements and recreational facilities:

**Indicated Value by: Sales Comparison Approach $  100,000      Cost Approach (if developed) $  N/A      Income Approach (if developed) $  N/A**

Final Reconciliation   Homes in this market area are typically owner occupied and not used for income. The income approach lacks rationale and is not used. The sales comparison was given primary consideration in the final estimate of value. The sales comparison best reflects residential market conditions.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   Homes in this neighborhood are typically owner occupied and not used for income. The income approach lacks rationale and is not used.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:   $     100,000     , as of:     09/21/2015     , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

A true and complete copy of this report contains _____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☒ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
| ☒ Map Addenda | ☒ Additional Sales | ☐ Cost Addendum | ☒ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | | | |

Client Contact:   Courtney A. Cousino (Perdue)      Client Name:   Fesenmyer Law Offices, LLC

E-Mail:  courtney@fesenmyerlaw.com      Address:   1335 Dublin Road Suite 205C, Columbus, OH 43215

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Ian P Hackett* (signature) | |
| Appraiser Name:  Ian Hackett | Supervisory or Co-Appraiser Name: |
| Company:  Hackett Real Estate Services | Company: |
| Phone:  330-718-7565      Fax: | Phone:      Fax: |
| E-Mail:  iphappraisal@msn.com | E-Mail: |
| Date of Report (Signature):  October 06, 2015 | Date of Report (Signature): |
| License or Certification #:  2003000226      State:  OH | License or Certification #:      State: |
| Designation:   Licensed Residential | Designation: |
| Expiration Date of License or Certification:  04/28/2016 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☐ Interior & Exterior  ☒ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:  09/21/2015 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE      3/2007

**GP RESIDENTIAL**

# COMPARABLE LISTINGS

| FEATURE | SUBJECT | COMPARABLE LISTING # 1 | | COMPARABLE LISTING # 2 | | COMPARABLE LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3037 Marwick Road | 3088 Schwartz Rd | | | | | |
| | Columbus, OH 43232 | Columbus, OH 43232 | | | | | |
| Proximity to Subject | | 0.17 miles SW | | | | | |
| List Price | $ | $ 159,900 | | $ | | $ | |
| List Price/GLA | $ /sq.ft. | $ 96.79 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Last Price Revision Date | | N/A | | | | | |
| Data Source(s) | | MLS #215032125; DOM 12 | | | | | |
| Verification Source(s) | Public records | Public records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Contingent | -6,500 | | | | |
| Days on Market | N/A | 12 | | | | | |
| Rights Appraised | Fee simple | Fee simple | | | | | |
| Location | Marwick Estates | Marwick Estates | | | | | |
| Site | 0.459 acre | 0.758 acre | -7,500 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Ranch | Cape cod | 0 | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Age | 55 | 62 | 0 | | | | |
| Condition | C4 | C3 | -5,000 | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6 3 1.0 | 8 4 2.0 | -2,500 | | | | |
| Gross Living Area | 1,169 sq.ft. | 1,652 sq.ft. | -12,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | Basement | Basement | | | | | |
| Rooms Below Grade | Rec room | Rec room | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FA/Central air | FA/Central air | | | | | |
| Energy Efficient Items | Average | Average | | | | | |
| Garage/Carport | 1 car attached | 1 car carport | +2,500 | | | | |
| Porch/Patio/Deck | Porch,Deck | Porch,Patio | | | | | |
| Fireplace | 1 FP | 1 FP | | | | | |
| Amenities | Fence | Fence | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -31,000 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted List Price | | Net 19.4 % | | Net % | | Net % | |
| of Comparables | | Gross 22.5 % $ | 128,900 | Gross % $ | | Gross % $ | |

Comments _____

_____

_____

_____

*COMPARABLE LISTINGS*

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

## Building Sketch

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | |
|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | |
| City | Columbus | County  Franklin | State  OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | |



# Plat Map

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | |
|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | |
| City | Columbus | County  Franklin | | State  OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | | |



# Location Map

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | | | |
| City | Columbus | | County | Franklin | State | OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | | | | |



**Flood Map**

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | | | |



Prepared for: Hackett Real Estate Services
3037 Marwick Rd
Columbus, OH 43232

300 yards

**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: **39049C0341K**
Zone: **X**
Map Date: **June 17, 2008**
FIPS: **39049**

**MAP LEGEND**

Powered by CoreLogic©

Areas inundated by 500-year flooding

Areas inundated by 100-year flooding

Velocity Hazard

Protected Areas

Floodway

Subject Area

**Subject Photo Page**

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | |
|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | |
| City | Columbus | County  Franklin | State  OH | Zip Code  43232 | |
| Lender | Fesenmyer Law Offices, LLC | | | | |



**Subject Front**

3037 Marwick Road
Sales Price
Gross Living Area    1,169
Total Rooms         6
Total Bedrooms      3
Total Bathrooms     1.0
Location            Marwick Estates
View                Residential
Site                0.459 acre
Quality             Q3
Age                 55



**Subject Front**



**Subject Street**

## Subject Photo Page

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | | |
| City | Columbus | County  Franklin | | State  OH | Zip Code  43232 | |
| Lender | Fesenmyer Law Offices, LLC | | | | | |



**Subject Front**

3037 Marwick Road
Sales Price
Gross Living Area    1,169
Total Rooms          6
Total Bedrooms       3
Total Bathrooms      1.0
Location             Marwick Estates
View                 Residential
Site                 0.459 acre
Quality              Q3
Age                  55



**Subject Front**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | | |
| City | Columbus | County  Franklin | | State  OH | Zip Code  43232 | |
| Lender | Fesenmyer Law Offices, LLC | | | | | |



### Comparable 1

3144 Eastwick Rd

| Prox. to Subject | 0.19 miles SE |
|---|---|
| Sales Price | 159,900 |
| Gross Living Area | 1,596 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | Marwick Estates |
| View | Residential |
| Site | 0.510 acre |
| Quality | Q3 |
| Age | 54 |



### Comparable 2

2947 Winchester Pike

| Prox. to Subject | 0.31 miles NW |
|---|---|
| Sales Price | 84,000 |
| Gross Living Area | 1,381 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Marwick Estates |
| View | Resid-busy road |
| Site | 0.220 acre |
| Quality | Q3 |
| Age | 51 |



### Comparable 3

3060 Marwick Rd

| Prox. to Subject | 0.06 miles SE |
|---|---|
| Sales Price | 119,500 |
| Gross Living Area | 1,350 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | Marwick Estates |
| View | Residential |
| Site | 0.610 acre |
| Quality | Q3 |
| Age | 55 |

## Listing Photo Page

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | | | |



### Listing 1

| | |
|---|---|
| 3088 Schwartz Rd | |
| Proximity to Subject | 0.17 miles SW |
| List Price | 159,900 |
| Days on Market | 12 |
| Gross Living Area | 1,652 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Age | 62 |

### Listing 2

Proximity to Subject
List Price
Days on Market
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Age

### Listing 3

Proximity to Subject
List Price
Days on Market
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Age

## APPRAISER DISCLOSURE STATEMENT

In compliance with Ohio Revised Code Section 4763.12 (C)

1. Name of Appraiser:  Ian P. Hackett

2. Class of Certification/Licensure:

    _____ Certified General
    _____ Certified Residential
    __X__ Licensed Residential
    _____ Temporary __General ___Licensed

    Certification/Licensure Number: 2003000226

3. Scope: This report __X__ is within the scope of my Certification/License

    _____ is not within the scope of my Certification/License

4. Service provided by: __X__ disinterested & unbiased third party
    _____ interested & biased third party
    _____ interested third party on contingent fee basis

5. Signature of person preparing and reporting the appraisal

THIS FORM MUST BE INCLUDED IN CONJUNCTION WITH ALL APPRAISAL ASSIGNMENTS OR SPECIALIZED SERVICES PERFORMED BY A STATE-CERTIFIED OR STATE-LICENSED REAL ESTATE APPRAISER.

STATE OF OHIO
Department of Commerce
Division of Real Estate & Professional Licensing
Appraiser Section
Cleveland OH
(216) 787-3100
Fax (216) 787-4449
www.com.state.oh.us

# STATE OF OHIO
## DIVISION OF REAL ESTATE
## AND PROFESSIONAL LICENSING
### AN APPRAISER LICENSE/CERTIFICATE
has been issued under ORC Chapter 4763 to:

NAME: Ian P Hackett
LIC/CERT NUMBER: 2003000226
LIC LEVEL: Licensed Residential Real Estate Appraiser
CURRENT ISSUE DATE: 05/01/2015
EXPIRATION DATE: 04/28/2016
USPAP DUE DATE: 04/28/2017

## Supplemental Addendum

File No. 15-55726

| Owner | Alvin Hubert, Genevieve Davis-Hubert | | | | |
|---|---|---|---|---|---|
| Property Address | 3037 Marwick Rd | | | | |
| City | Columbus | County | Franklin | State  OH | Zip Code  43232 |
| Lender | Fesenmyer Law Offices, LLC | | | | |

• **GP Residential : Neighborhood - Boundaries**

Marwick Estates.  The subject neighborhood is located in the Groveport Madison Local school district and has a Columbus mailing address.  All homes within the subject's market area share similar and equivalent environmental, economic, governmental, and social characteristics.

• **GP Residential : Sales Comparison Comments**

Sales utilized are similar location as the subject property with similar GLA and quality/appeal.  Gross living area adjustments are based on $25 per square foot.  All comparable sales transferred within the recommended six month time guideline.  FNMA and HUD suggests comparable sales be within six months, one mile, and have gross adjustments less than 25%, net adjustments less than 15%, and line item adjustments not exceeding 10%.  Due to the lack of substitute properties of similar design, quality and age; it was necessary to use sales which in some cases do not meet these guidelines.  The comparable sales utilized within this appraisal report are reliable, appropriate and the best available in the subject market area at the effective date of this appraisal assignment.  All comparables have meaningful attributes and are equally considered in the reconciliation.  The sales comparison approach indicates an adjusted value range between $90,000 and $120,900.  A mid range value is concluded when considering the subject property's condition and street appeal at time of inspection.

Comparable sale no. 2 and Listing no. 1 have site sizes that exceed +/- 25% total square footage as the subject property.

Comparable sale no. 1 and Listing no. 1 have total GLA that exceeds +/- 20% total GLA compared to the subject property.

• **GP Residential : Neighborhood - Description**

The subject property is located in a quiet residential market area.  Places of Worship, schools and shopping are within an average driving distance and of average quality.  Public transportation is available in the locale.  An exterior visual inspection revealed no adverse conditions.  The subject is served by the Groveport Madison Local school district.

The 10% other land use is vacant land.

• **GP Residential : Condition of Improvements**

The exterior inspection of the property indicated average overall condition, with no items of deferred maintenance noted.  It is not known if there have not been any recent improvements to the subject property due to exterior only inspection.  Physical depreciation due to normal wear and based on the age/life method.  Franklin County Auditor and Columbus MLS were both sources of data for this appraisal assignment.

It is assumed the utilities were on and functioning at time of inspection.

• **GP Residential : Neighborhood - Market Conditions**

Properties in this market are generally sold with conventional financing and FHA/VA insured loans.  Typical marketing time is 3-6 months with exceptions.  All of the following statistics are from the Columbus Board of Realtors.  There are currently 72 active listings of single family homes for sale within the subject's general market area (Zip Code 43232  Groveport Madison School District) ranging in price from $44,000 to $155,000.  The average list price of these homes is $87,000 with an average of 86 days on the market.  Over the past year, in this same price range, there have been 167 homes to have sold.

Based on an analysis of the the exposure times of comparable market data, my opinion of adequate exposure time for the subject property to yield a sale at the estimated value on the effective date of this appraisal is 3-6 months.

In year 2012, the average selling price for single family homes in the subject's market area (Zip Code 43232  Groveport Madison School District) was $52,000 with 163 sold units, reflecting an average of $42/SF.  In year 2013, the average selling price was $51,000 with 158 sold units, reflecting an average of $42/SF.  In year 2014, the average selling price was $68,000 with 167 sold units, reflecting an average of $54/SF.

Year to date in 2015, the average selling price is $71,000 with 130 sold units, reflecting an average of $56/SF.

Mortgage interest rates are at all time lows, increasing purchasing power across both the single and multi-family markets.

Main Document Page 26 Page #19

15-55726

File No.   15-55726

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*\*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

## Quality Ratings and Definitions

### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Form UADDEFINE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Quality Ratings and Definitions (continued)

### Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated
**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated
**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled
**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Hackett Real Estate Services

**FROM:**
Ian P Hackett
Hackett Real Estate Services
1635 Crusoe Drive
Columbus, Ohio 43235

Telephone Number: 330 718-7565          Fax Number:

# INVOICE

| INVOICE NUMBER |
| --- |
| 15-55726 |
| **DATE** |
| 10/06/2015 |

| REFERENCE |
| --- |

**TO:**
Courtney A. Cousino (Perdue)
Fesenmyer Law Offices, LLC
1335 Dublin Road  Suite 205C
Columbus, Ohio 43215

Telephone Number:                    Fax Number:
Alternate Number:                    E–Mail:

Internal Order #:
Client File #:          15-55726

Main File # on form:   15-55726
Other File # on form:  15-55726

Federal Tax ID:
Employer ID:

## DESCRIPTION

Client: Fesenmyer Law Offices, LLC
Property Address: 3037 Marwick Rd
City: Columbus
County: Franklin                              State: OH                    Zip:  43232
Legal Description: MARWICK RD MARWICK ESTATES 5 91

| FEES | AMOUNT |
| --- | --- |
| Appraisal Fee | 250.00 |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $    250.00 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing APPRAISAL OF REAL PROPERTY was sent by regular U.S. mail or Electronic Notification this <u>7th</u> day of <u>October 2015</u> to the following:

***Via Electronic Notification to the following:***

- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Frank M Pees     trustee@ch13.org

***Via regular U.S. mail to the following:***

**Debtor(s):**
Alvin R Hubert
Genevieve C Davis-Hubert
3037 Marwick Road
Columbus, OH 43232

<u>*/s/ Courtney A. Cousino*</u>
Courtney A. Cousino (0082136)
Fesenmyer Law Offices, LLC
1335 Dublin Road, Suite 205C
Columbus, OH 43215
(614) 228-4435
(614) 228-3882 *fax*
*e-mail: courtney@fesenmnyerlaw.com*